BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>510 Bowman Avenue, Sacramento, California, including any and all attachments, attics, basements, garages, carports, outbuildings, appurtenances and grounds. | CASE NO. 2:16-SW-0143 KJN<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: March 17, 2016

KENDALL J. NEWMAN
U.S. Magistrate Judge

Carolyn K. Delaney
U.S. Magistrate Judge